

# Fourth Court of Appeals
## San Antonio, Texas

July 8, 2022

No. 04-22-00138-CV

**SAN ANTONIO WATER SYSTEM**, an Agency of the City of San Antonio,
Appellant

v.

**MATIRAAN, LTD.,** and Marylyn House,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-08486
Honorable Laura Salinas, Judge Presiding

## O R D E R

On July 5, 2022, appellant filed an unopposed motion requesting an extension of time to file appellant's reply brief. Appellant's motion is GRANTED. Appellant's reply brief is due **no later than July 27, 2022**.

It is so **ORDERED** on this 8th day of July, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court